*In re* ANTONIO L. ORTIZ GILOT.

*Número:* TS-4241          *Resuelto:* 26 de octubre de 2004

*Antonio Luis Ortiz Gilot*, peticionario.

## RESOLUCIÓN

Examinada la Solicitud de Reinstalación al Ejercicio de la Notaría, presentada por el Lcdo. Antonio Ortiz Gilot el 11 de octubre de 2004, el Tribunal lo reinstala al ejercicio de la notaría efectivo el 1ro de noviembre de 2004.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Fuster Berlingeri no intervino.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*